UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE TENNESSEE DIVISION

In re:
    TERRY LANE GRAGG
    NANNIE MAE GRAGG
        Debtor(s)

Case No. 13-01917-RM3-13

**Chapter 13 Trustee's Final Report and Account**

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2013.

2) The plan was confirmed on 05/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/13/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/18/2014.

5) The case was dismissed on 01/14/2015.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $17,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $23,260.25 |
| Less amount refunded to debtor | $5.19 |

**NET RECEIPTS:** $23,255.06

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,341.00 |
| Court Costs | $281.00 |
| Trustee Expenses & Compensation | $860.45 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,482.45

Attorney fees paid and disclosed by debtor:    $200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 360.00 | 230.00 | 230.00 | 0.00 | 0.00 |
| AT&T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 293.02 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 558.00 | 293.02 | 293.02 | 0.00 | 0.00 |
| BENEFICIAL/HOUSEHOLD FINANCE | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,456.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CASH EXPRESS | Unsecured | 920.00 | 920.00 | 920.00 | 0.00 | 0.00 |
| CASH N DASH | Unsecured | 425.00 | 860.00 | 860.00 | 0.00 | 0.00 |
| CASH N DASH | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 489.00 | 488.75 | 488.75 | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 488.00 | 488.75 | 488.75 | 0.00 | 0.00 |
| COMCAST | Secured | NA | NA | NA | 0.00 | 0.00 |
| DISABILITY GROUP INC | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DR JEFFREY C FOSNES | Unsecured | 30.00 | 30.71 | 0.00 | 0.00 | 0.00 |
| DR JEFFREY C FOSNES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EYE SURGERY CENTER OF NASHVIL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EYE SURGERY CENTER OF NASHVIL | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| FAMILY CASH ADVANCE | Unsecured | 990.00 | 524.00 | 524.00 | 0.00 | 0.00 |
| FAMILY CASH ADVANCE | Unsecured | NA | 525.00 | 525.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Unsecured | NA | 0.00 | 3,131.17 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 8,377.00 | 9,069.67 | 5,938.50 | 1,683.92 | 251.65 |
| NORTHCREST MEDICAL CENTER | Unsecured | 200.00 | 1,106.44 | 0.00 | 0.00 | 0.00 |
| NORTHCREST MEDICAL CENTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD CHARTER | Unsecured | 461.00 | 460.61 | 460.61 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 74.86 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)                                                              Case No.   13-01917

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROBERTSON COUNTY GENERAL SES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN FINANCE OF TENNESSEE | Unsecured | 557.00 | 659.02 | 659.02 | 0.00 | 0.00 |
| STATE FARM MUTUAL AUTOMOBILE | Unsecured | NA | 2,188.23 | 2,188.23 | 0.00 | 0.00 |
| STATE FINANCE | Unsecured | 150.00 | 169.00 | 169.00 | 0.00 | 0.00 |
| SUN LOAN CO | Unsecured | 970.00 | 1,449.00 | 1,449.00 | 0.00 | 0.00 |
| SUN LOAN CO | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| THOMAS ONSTOTT | Unsecured | 2,144.00 | NA | NA | 0.00 | 0.00 |
| TITLE CASH OF TN | Unsecured | 425.00 | 740.00 | 740.00 | 0.00 | 0.00 |
| TITLE CASH OF TN | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF TENNESSEE INC | Secured | 2,200.00 | 2,512.46 | 2,512.46 | 676.62 | 100.42 |
| TN QUICK CASH | Unsecured | NA | 235.29 | 235.29 | 0.00 | 0.00 |
| TRI STAR ANESTHESIA | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| TRI STAR ANESTHESIA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 75,041.97 | 0.00 | 14,263.38 | 0.00 |
| WELLS FARGO BANK NA | Secured | 2,478.00 | 2,940.12 | 4,524.94 | 1,796.62 | 0.00 |
| WORLD ACCEPTANCE CORPORATIO | Unsecured | 1,200.00 | 1,414.34 | 1,414.34 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $14,263.38 | $0.00 |
| Mortgage Arrearage | $4,524.94 | $1,796.62 | $0.00 |
| Debt Secured by Vehicle | $2,512.46 | $676.62 | $100.42 |
| All Other Secured | $5,938.50 | $1,683.92 | $251.65 |
| **TOTAL SECURED:** | **$12,975.90** | **$18,420.54** | **$352.07** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,276.18** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,482.45 |
| Disbursements to Creditors | $18,772.61 |
| **TOTAL DISBURSEMENTS:** | **$23,255.06** |

UST Form 101-13-FR-S (9/1/2009)     Case No. 13-01917

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2015                    By: /s/ Henry E. Hildebrand, III
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.